## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

SHERRY COOPER,                                                                                          PLAINTIFF
ADC # 751170

v.                                        1:15CV00025-JM-JJV

ARKANSAS DEPARTMENT OF
CORRECTION; *et al.*                                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Arkansas Department of Correction and any claims premised on a constitutional right to participate in a rehabilitation program are DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 4th day of May, 2015.

                                                                                    _____
                                                                                    JAMES M. MOODY, JR.
                                                                                    UNITED STATES DISTRICT JUDGE